UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


**Gregory Alan Gaylor**

    **v.**                         Case No. 04-cv-372-PB
                                          01-cv-13-PB

**Warden, NHSP**


**NOTICE OF RULING**


    **Re:**     **Document No. 15, Motion to Dismiss** (CV-04-372-PB)


    **Ruling:** This case shall be consolidated with case no. 01-cv-13-PB. All pending motions in both cases are denied without prejudice. No further pleadings shall be filed in either case without prior court approval. On or before July 15, 2005, the defendant shall file a motion for summary judgment and a supporting memorandum addressing both cases. On or before August 15, 2005, petitioner shall file an objection and supporting memorandum.


    Entered by:  Paul Barbadoro, District Judge

    Date:  July 1, 2005


cc:  Gregory Alan Gaylor, pro se
    Karen E. Huntress, Esq.
    Harry N. Starbranch, Jr., Esq.